

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2020

BY E-MAIL
The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Martin Concepcion a/k/a "Tito" and Melissa Concepcion a/k/a "Beba,"* S2 19 Cr. 883 (JPO)

Dear Judge Freeman:

     The Government writes to respectfully request that the above-referenced Superseding Indictment in the matter of *United States v. Michael Valdez a/k/a "Bigga,"* *et al*, which was filed under seal on August 25, 2020, be unsealed. One of the defendants was arrested today in the Southern District of New York. A proposed Order is enclosed for the Court's consideration.

                Respectfully submitted,

                AUDREY STRAUSS
                Acting United States Attorney

      by:  /s/ David J. Robles
           David J. Robles
           Assistant United States Attorney
           (212) 637-2550

Enclosure

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
                                   :
UNITED STATES OF AMERICA           :
                                   :         UNSEALING ORDER
        - v. -                     :
                                   :         S2 19 Cr. 883 (JPO)
MARTIN CONCEPCION,                 :
     a/k/a "Tito," and             :
MELISSA CONCEPCION,                :
     a/k/a "Beba,"                 :
                                   :
        Defendants.                :
                                   :
---------------------------------- X
```

Upon application of the United States of America, by and through Assistant United States Attorney David J. Robles, it is hereby ORDERED that the Superseding Indictment titled S2 19 Cr. 883 (JPO), in the matter of *United States v. Michael Valdez, a/k/a "Bigga," et al*, 19 Cr. 883 (JPO), which was filed under seal on August 25, 2020, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         August 27, 2020

_____
THE HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK