# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

July 8, 2021

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

United States v. Melissa Concepcion
S2 19 Cr. 883(JPO)

Dear Judge Oetken:

I am the attorney for Ms. Concepcion in the above referenced matter. I write seeking an adjournment of Ms. Concepcion's status conference from the date it is presently scheduled, July 23, 2021, to a date thereafter which is convenient for the Court. I make this request because I hope to be away on vacation in North Carolina on the date the conference is presently scheduled. I have conferred with the attorneys for the other three defendants, James Branden on behalf of Ryan Diaz, Clay Kaminsky on behalf of Michael Valdez, and Judith Vargas on behalf of Martin Concepcion all of whom consent to this request. I have also conferred with the AUSA handling this matter, David Robles, who likewise has no objection.

If you have any questions regarding this application please contact my office.

Respectfully submitted,

David Stern

> Granted. The July 23, 2021 pretrial conference is hereby adjourned to September 9, 2021, at 2:30 pm. The Court hereby excludes time through September 9, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered: July 15, 2021

_____
J. PAUL OETKEN
United States District Judge