UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 19-CR-883 (JPO) |
| MICHAEL VALDEZ, *et al.* | ORDER |

J. PAUL OETKEN, District Judge:

The jury trial in this case, previously scheduled for December 13, 2021, is hereby adjourned to December 14, 2021. This case is the second-priority case for jury selection on December 14, 2021, behind 19-CR-828, meaning that this case will go forward if trial in 19-CR-828 is adjourned. The Court will set pretrial deadlines at the next conference.

SO ORDERED.

Dated: September 14, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge