UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | |
| v. | **ORDER** |
| Martin Concepcion, a/k/a "Tito," | S4 19 Cr. 883 (JPO) |
| *Defendant.* | |

WHEREAS, the defendant Martin Concepcion, a/k/a "Tito," through his counsel, has moved under 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant;

WHEREAS, based on information provided to the Court by the defense, the Court finds that there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

WHEREAS, the parties request that the Court designate an independent examiner to conduct an examination of the defendant pursuant to 18 U.S.C. § 4247;

WHEREAS, Dr. Cheryl Paradis, Psy. D., has been identified as a medical professional qualified to conduct a competency evaluation of the defendant at Essex County Correctional Facility ("Essex");

IT IS HEREBY ORDERED that (i) the defendant shall be examined by Dr. Cheryl Paradis to conduct a psychiatric or psychological examination and to issue a report on the defendant's competence, (ii) the defendant shall submit to examination(s) by Dr. Paradis, as needed by Dr. Paradis, and (iii) the defendant shall provide to Dr. Paradis any records necessary for the examination or the preparation of the report, including records relied upon by the examiner retained by the defense.

**SO ORDERED:**

Dated: New York, New York
       May 16, 2022

_____
J. PAUL OETKEN
United States District Judge