UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNTIED STATES OF AMERICA<br><br>-v-<br><br>MARTIN CONCEPCION,<br>                    Defendant. | 19-CR-883 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On May 13, 2022, Defendant Martin Concepcion requested a hearing to determine his mental competency prior to trial. Following the issuance of the competency report on June 9, 2022, the parties conferred and agreed that a hearing would not be necessary.

After reviewing the initial letter concerning Concepcion's competency, the June 9, 2022 psychological report, and Concepcion's Bureau of Prisons medical records, and having the opportunity to personally observe Concepcion in court, the Court concludes that Concepcion is competent to stand trial.

SO ORDERED.

Dated: July 7, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge