To Judge Oetken:

We have reached a verdict.



Court exhibit #7
11:30
8/1/2022