UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MARTIN CONCEPCION,
                Defendant.

19-CR-883 (JPO)

VERDICT SHEET

Please indicate each of your answers with a check mark:

1. **COUNT ONE**: On Count One, the charge of conspiring to commit sex trafficking of a minor, we find the Defendant:

   Not Guilty _____     Guilty ✓_____

2. **COUNT TWO**: On Count Two, the charge of sex trafficking of a minor, we find the Defendant:

   Not Guilty _____     Guilty ✓_____

3. **COUNT THREE**: On Count Two, the charge of conspiring to use interstate commerce to promote unlawful activity, we find the Defendant:

   Not Guilty _____     Guilty ✓_____

_8/1/2022_
Date

[Foreperson signature redacted] ✓
Foreperson

Court exhibit #8
11:48 am
8/1/22