# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

August 15, 2022

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Martin Concepcion</u>, 19 Cr. 883 (JPO) – Motions Pursuant to Fed. R. Crim. P. 29 and Fed. R. Crim. P. 33; Proposed Sentencing Schedule

Dear Judge Oetken:

We write to inform the Court that we will not be submitting a written supplement to the motion for a judgment of acquittal pursuant to Fed. R. Crim. P. 29. Further, we will not be submitting a motion to vacate the judgment, pursuant to Fed. R. Crim. P. 33.

Finally, both parties propose that: (1) sentencing be scheduled for a date 45 days from the date of the filing of the P.S.R., (2) the defense sentencing submission be scheduled for 14 days prior to the sentencing date, and (3) the government sentencing submission be scheduled for 7 days prior to the sentencing date.

Respectfully Submitted,

/s/

Karloff C. Commissiong, Esq.
Judith Vargas, Esq.

cc:   A.U.S.A. David Robles
      A.U.S.A. Sarah Kushner
      A.U.S.A. Jacob Gutwillig

> Granted. The Probation Department is hereby directed to prepare the presentence report.
> Sentencing is scheduled for November 22, 2022, at 10:00 am, with Defendant's submission due November 8, 2022, and the Government's submission due November 15, 2022.
> So ordered.
> 8/16/2022

_____
J. PAUL OETKEN
United States District Judge