# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-912-9698 • Cell  
888-587-4737 • Fax

225 Broadway, Suite 715  
New York, NY 10007  
bcsternheim@mac.com

July 12, 2023

Honorable J. Paul Oetken  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: *United States v. Valdez (Martin Concepcion)*  
19-883 (JPO)

Dear Judge Oetken:

I am appointed appellate counsel for Martin Concepcion (2d Cir. Dkt. 23-6337). In connection with preparation of Mr. Concepcion's brief, I ordered the transcript of the pretrial conference held on May 16, 2022, but am informed that the proceeding was sealed. With the consent of the government (by AUSA David Robles), I request unsealing of that transcript for appellate review.

Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*  
BOBBI C. STERNHEIM

---

Granted.  
The transcript of the May 16, 2022 pretrial conference is hereby ordered unsealed.  
So ordered.  
7/14/2023

*[signature]*  
J. PAUL OETKEN  
United States District Judge